# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON _5/2/2012_
Julie A. Richards, Clerk
US District Court
Eastern District of NC

|  |  |
|---|---|
| United States of America<br>v.<br>Benjamin Scott Deal | )<br>)<br>) |

Case No:  5:04-CR-122-1BO

USM No:  24054-056

Date of Original Judgment:           01/01/2006

Date of Previous Amended Judgment:   05/05/2009

*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100 months, concurrent  months **is reduced to** 76 months, concurrent*. TWO

*This sentence consists of 70 months on Counts 1 and 2, to run concurrently.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 1, 2006, April 4, 2008, and May 5, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  5-2-12

Judge's Signature

Effective Date:  _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011